# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:00CR199-MU

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) **ORDER** |
| JOHN BRANDON GARY, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon Defendant's application and motion to proceed in forma pauperis on appeal; and

**IT APPEARING** to the Court and the Court finding as a fact from the application and affidavit filed herein that the Defendant is unable to make prepayment of the fees or costs or provide security therefor, and that the application should be allowed.

**IT IS, THEREFORE, ORDERED** that the Defendant's application to proceed in forma pauperis be and the same is hereby allowed, and he is hereby permitted to file and prosecute said appeal to its conclusion without prepayment of either fees or costs and without providing security therefor.

**THIS** the 22 day of April, 2003.

Graham C. Mullen
Chief Judge
United States District Court