# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:00-CR-00199-GCM

| | |
|---|---|
| UNITED STATES, | |
| Plaintiff, | |
| v. | ORDER |
| JOHN BRANDON GARY, | |
| Defendant. | |

**THIS MATTER COMES** before this Court on the Court's own motion. Defendant John Brandon Gary filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 82). The Court instructs the Government to respond to this Motion within thirty (30) days of entry of this Order.

**SO ORDERED.**

Signed: March 30, 2021

Graham C. Mullen
United States District Judge